FILED
Clerk
District Court

OCT 2 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO NAKATSUKA BASA,<br>a/k/a FRANK N. BAZA<br><br><br><br>　　　　　Defendant. | Criminal Case No. CR 05-00028<br><br>**INDICTMENT**<br><br>**Count 1**<br>Conspiracy to Distribute a Controlled Substance<br>Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A); & 846<br><br>**Count 2**<br>Possession With Intent to Distribute a Controlled Substance<br>Title 21 U.S.C. § 841(a)(1) and 841 (b)(1)(B) |

THE GRAND JURY CHARGES:

### COUNT 1

Conspiracy to Distribute a Controlled Substance

1.　　Between about March, 2005 and October 20, 2005, in the District of the Northern Mariana Islands, the defendant, FRANCISCO NAKATSUKASA BASA a/k/a FRANK N. BAZA, did knowingly and unlawfully combine, conspire, confederate and agree with one or more persons known and unknown to the grand jury to distribute 50 grams or more of methamphetamine in the form commonly known as "ice", a Schedule II controlled substance, in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(A).

　　　　　This is a violation of Title 21, United States Code, Section 846.

THE GRAND JURY FURTHER CHARGES:

### COUNT 2

Possession With Intent To Distribution A Controlled Substance

On or about August 28, 2005 in the District of the Northern Mariana Islands, defendant, FRANCISCO NAKATSUKASA BASA a/k/a FRANK N. BAZA, did unlawfully, wilfully and knowingly, possess with intent to distribute 5 grams or more of methamphetamine in the form commonly known as "ice", a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Dated this 20th day of October, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____
JAMIE D. BOWERS
Assistant United States Attorney

_____
CRAIG N. MOORE
Assistant United States Attorney
Drug Chief