1  LEONARDO M. RAPADAS
   United States Attorney
2  JAMIE D. BOWERS
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
     MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   TEL: (670) 236-2986
6
   Attorneys for the United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10

11
   UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 05-00028
12                                   )
                   Plaintiff,        )
13                                   )
              vs.                    )    **WRIT OF HABEAS CORPUS**
14                                   )    **AD PROSEQUENDUM**
                                     )
15 FRANCISCO NAKATSUKASA BASA,       )
    a/k/a FRANK N. BAZA              )
16                                   )
                   Defendant.        )
17 _____ )

18 TO:   Department of Public Safety
19       Corrections Facility

20         This Court finds that FRANCISCO NAKATSUKASA BASA, a/k/a FRANK N. BAZA, is

21 now in the custody of the Department of Public Safety Corrections Facility, and that said prisoner is

22 required to appear before this Court for arraignment and subsequent Prosecution in the above

23 captioned case

24         **IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his

25 authorized agent, or any Federal law enforcement agent shall produce FRANCISCO

26 NAKATSUKASA BASA a/k/a FRANK N. BAZA before this Court on October 24 2005 , at 8:30a.m.

27 p.m., and whenever necessary hereafter to attend court appearances in the above-entitled case and

28 upon completion of said prosecution and/or Court appearances and/or upon further order of the

F I L E D
District Court

OCT 2 1 2005

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

1  Court, return said prisoner to his place of confinement.

2

3  **SO ORDERED** this 21ˢᵗ day of October, 2005

4

5

6  ALEX R. MUNSON
   Chief Judge
7  District Court of Northern Mariana Islands

8

9  SUBMITTED BY:

10  LEONARDO M. RAPADAS
    United States Attorney
    Districts of Guam and NMI

11

12  By: _____

13  JAMIE D. BOWERS
    Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28