AO 442 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# United States District Court

DISTRICT OF _____the Northern Mariana Islands_____

UNITED STATES OF AMERICA,

Plaintiff,

V.

FRANCISCO N. BASA
a/k/a FRANK N. BAZA,

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 05 - 00028

To: The United States Marshal
and any Authorized United States Officer

F I L E D
Clerk
District Court

YOU ARE HEREBY COMMANDED to arrest   __FRANCISCO N. BASA a/k/a FRANK N. BAZA__   OCT 24 2005

Name

and bring him forthwith to the nearest magistrate to answer a(n)

For The Northern Mariana Islands
By_____
(Deputy Clerk)

☒ Indictment  ☐ Information  ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy to Distribute a Controlled Substance**
**Possession With Intent to Distribute a Controlled Substance**

in violation of Title  __21__ , United States Code, Section(s)   __841(a)(1), 841(b)(1)A); 846__

in violation of Title  __21__ , United States Code, Section(s)   __841(a)(1) and 841 (b)(1)(B)__

and in violation of Title  ____, United States Code, Section(s) _____

Bail fixed at $__ NO BAIL __                by _____

Name of Judicial Officer

__HONORABLE ALEX R. MUNSON__                __CHIEF JUDGE, DISTRICT COURT OF THE NMI__
Name of Issuing Officer                                    Title of Issuing Officer

Signature of issuing officer                                    __SAIPAN, CNMI__
                                                        Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _HORIGUCHI_ _BALLESIME, SAIPAN, MARSHALLS OFFICE._ | | |
| DATE RECEIVED<br><br>DATE OF ARREST<br>10/24/2005 | NAME AND TITLE OF ARRESTING OFFICER<br><br>TFO. NORMAN RASIANG | SIGNATURE OF ARRESTING OFFICER |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____