FILED
Clerk
District Court

OCT 2 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

CR-05-00028                                                October 24, 2005
                                                           1:10 p.m.

**UNITED STATES OF AMERICA -V- FRANCISCO N. BASA**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           ELLIE CIAMMAICHELLA
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
           FRANCISCO N. BASA, DEFENDANT

PROCEEDINGS: INITIAL APPEARANCE (Sealed hearing.)

Defendant Francisco N. Basa was present without counsel. Government was represented by Jamie Bowers, AUSA.

Court, after review of the defendant's financial affidavit, determined that the defendant did qualify for court-appointed counsel and ordered that an attorney be appointed. Further, Court ordered that the arraignment hearing be set for 9:00 a.m. tomorrow, October 25, 2005.

Government stated that the defendant is in local custody at this time and recommended that bail be denied. Court ordered that bail is denied without prejudice.

Government moved that the case remain sealed. Court so ordered.

Defendant was remanded back into the custody of the U.S. Marshal.

Adj. 1:25 p.m.

K. Lynn Lemieux, Courtroom Deputy