F I L E D
Clerk
District Court

MINUTES OF THE UNITED STATES DISTRICT COURT     OCT 2 5 2005
FOR THE NORTHERN MARIANA ISLANDS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR-05-00028                                                October 25, 2005
                                                           9:05 a.m.


**UNITED STATES OF AMERICA -vs- FRANCISCO N. BASA**


PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, DEPUTY CLERK
           SANAE SHMULL, COURT REPORTER
           JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
           MATTHEW SMITH, ATTORNEY FOR DEFENDANT (Court Appointed)
           FRANCISCO N. BASA, DEFENDANT

PROCEEDINGS:   ARRAIGNMENT

   Defendant **FRANCISCO N. BASA** appeared with court-appointed counsel, Attorney Matthew Smith. Government was represented by Jamie Bowers, AUSA. Also present were U.S. Probation Officer Mindy Brunson.

   Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **MONDAY, DECEMBER 19, 2005 at 9:00 a.m.** Pretrial motions shall be filed by November 8, 2005.

   Government moved for continued "no bail". Defense had no opposition at this time. Court ordered that the Defendant be remanded back into the custody of the U.S. Marshal.

   Government moved that the case remain S E A L E D. No opposition by the Defense. Court so ordered.

Adj. 9:15 a.m.

                                          /s/ K. Lynn Lemieux
                                          K. Lynn Lemieux, Courtroom Deputy