FILED
Clerk
District Court

OCT 25 2005

IN THE UNITED STATES DISTRICT COURT

For The Northern Mariana Islands
By_____
(Deputy Clerk)

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL CASE NO. 05-00028 |
| ) | |
| -v- ) | |
| ) | |
| FRANCISCO N. BASA, ) | O R D E R |
| ) | SETTING TRIAL DATE |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, DECEMBER 19, 2005 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **TUESDAY, NOVEMBER 8, 2005, pursuant to Local Rule LCrR 12.1.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1) Proposed jury voir dire questions;

2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

3) A complete set of marked exhibits (with a three copies for the Court);

4) Proposed verdict forms;

5) Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment), (One original and three copies for the Court);

AO 72
(Rev. 08/82)

6) Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

Dated this 25th day of October, 2005.

                                              ALEX R. MUNSON
                                                 Chief Judge