FILED
Clerk
District Court

NOV 30 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS
Assistant United States Attorney
DISTRICT OF THE NORTHERN
 MARIANA ISLANDS
Horiguchi Building, Third Floor
P. O. Box 500377
Saipan, MP 96950-0377
Telephone: (670) 236-2986
Fax: (670) 236-2985

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRANCISCO NAKATSUKASA BASA,<br>a/k/a FRANK N. BAZA<br><br>  Defendant. | CRIMINAL CASE NO. 05-00028<br><br>**STIPULATION AND ORDER<br>SETTING GUILTY PLEA HEARING**<br><br>Date: December 2, 2005<br>Time: 9:00 am |

### STIPULATION

The United States and Defendant FRANCISCO BASA, through their respective counsel, hereby stipulate and request that a Rule 11 Plea Hearing be scheduled for December 2, 2005 at 9:00 a.m. A Plea Agreement was filed November 29, 2005.

DATED: 11-29-05        By: _____
                           F. MATTHEW SMITH
                           Counsel for Defendant

                           LEONARDO M. RAPADAS
                           United States Attorney
                           District of the Northern Mariana Islands

DATED: 11/29/5         By: _____
                           JAMIE D. BOWERS
                           Assistant U.S. Attorney

1

**ORDER**

IT IS SO ORDERED this 30TH day of November, 2005.

HONORABLE ALEX R. MUNSON
Chief Judge, District Court of
the Northern Mariana Islands

RECEIVED
NOV 30 2005
Clerk
District Court
For The Northern Mariana Islands