F I L E D
Clerk
District Court

DEC -2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
*********************************************************

CR-05-00028                                          December 2, 2005
                                                     9: 30 a.m.

**UNITED STATES OF AMERICA -VS- FRANCISCO N. BASA aka FRANK N. BAZA**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           MICHELLE C. MACARANAS, COURTROOM CLERK
           SANAE N. SHMULL, COURT REPORTER
           JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
           MATTHEW SMITH, COURT-APPOINTED ATTORNEY FOR DEFENDANT
           FRANCISCO N. BASA, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

　　　　Defendant appeared with Court-Appointed Counsel, Matthew Smith. Government was represented by Jamie Bowers, AUSA. Also present was Margarita Dlg. Wonenberg, U.S. Probation Officer.

　　　　Government moved to unseal the matter. Court so ordered.

　　　　Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

　　　　Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant Basa entered a plea of **GUILTY.** Court found that the defendant was fully competent and capable to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

　　　　Court ordered Presentence Investigative Report be submitted by Tuesday, January 31, 2006 and that the **Sentencing hearing be set for Tuesday, March 7, 2006 at 9:00 a.m.**

　　　　Court remanded the defendant back into the custody of the U.S. Marshal.

                                                Adjourned at 10:10 a.m.

                                                /s/ Michelle C. Macaranas
                                                Michelle C. Macaranas, Courtroom Clerk