F I L E D
Clerk
District Court

DEC - 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00009-001 |
| Plaintiff, | ) | |
| -v- | ) | O R D E R |
| | ) | SETTING TRIAL DATE |
| JOSE CRUZ ALDAN aka Joe, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY, February 6, 2006 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **Friday, December 16, 2005 pursuant to Local Rule LCrR 12.1.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

1) Proposed jury voir dire questions;

2) A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered) (One original and three copies for the Court);

3) A complete set of marked exhibits. (with three copies for the Court);

4) Proposed verdict forms;

AO 72
(Rev. 08/82)

5) Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment),(One original and three copies for the Court);

6) Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)

Dated this 2nd day of December, 2005.

                                           */s/ Alex R. Munson*
                                           ALEX R. MUNSON
                                               Chief Judge