```
                                          F I L E D
                                             Clerk
                                         District Court

                                         MAR - 2 2006

                                    For The Northern Mariana Islands
                                    By_____
                                           (Deputy Clerk)
```

1  LEONARDO M. RAPADAS
   United States Attorney
2  JAMIE D. BOWERS
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
   Horiguchi Building, Third Floor
4  P. O. Box 500377
   Saipan, MP 96950-0377
5  Telephone:  (670) 236-2986
   Fax:        (670) 236-2985
6
   Attorneys for United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN MARIANA ISLANDS

10 | UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 05-00028
                                        )
11 |         Plaintiff,                 )
                                        )    **STIPULATION AND ORDER**
12 |    vs.                             )    **CONTINUING SENTENCING DATE**
                                        )
13 | FRANK BAZA a/ka FRANCISCO BASA,    )
                                        )
14 |         Defendant.                 )
   |_____)

15      This criminal case is currently scheduled for sentencing on Tuesday, ~~February~~ March 7, 2006, at 9:00

16 a.m. The parties hereby stipulate and agree pursuant to Paragraph 26 of defendant's plea agreement, that

17 the sentencing in this matter be continued to Wednesday May 24, 2006 at 9:00 a.m.

18 DATED: 2-28-06

19                                      _____
                                        F. MATTHEW SMITH
20                                      Attorney for Defendant

21                                      LEONARDO M. RAPADAS
                                        United States Attorney
22                                      District of the Northern Mariana Islands

23                                      By_____
24 DATED: 3/1/6
                                        JAMIE D. BOWERS
25                                      Assistant U.S. Attorney

-2-

# ORDER

Based upon the Stipulation of counsel, the sentencing in this matter is hereby continued to Wednesday, May 24, 2006 at 9:00 a.m.

**SO ORDERED**, this 2ND day of ~~February~~ MARCH, 2006.

_____
**ALEX R. MUNSON**
Chief Judge, United States District Court