FILED
Clerk
District Court

APR 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  JAMIE D. BOWERS
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
   Horiguchi Building, Third Floor
4  P. O. Box 500377
   Saipan, MP 96950-0377
5  Telephone:   (670) 236-2986
   Fax:         (670) 236-2985
6
   Attorneys for United States of America
7
                  IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN MARIANA ISLANDS
9
10 UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 05-00028
                                    )
11              Plaintiff,           )
                                    )   **STIPULATION AND ORDER**
12       vs.                        )   **CONTINUING SENTENCING DATE**
                                    )
13 FRANK BAZA a/k/a FRANCISCO BASA, )
                                    )
14              Defendant.           )
   _____)

15     This criminal case is currently scheduled for sentencing on Wednesday May 24, 2006, at 9:00
16 a.m. The parties hereby stipulate and agree pursuant to Paragraph 26 of defendant's plea agreement, that
17 the sentencing in this matter be continued to Friday, June 2nd, 2006 at 10:00 a.m.

18
19 DATED: 4-12-06         _____
                          F. MATTHEW SMITH
20                        Attorney for Defendant

21                        LEONARDO M. RAPADAS
                          United States Attorney
22                        District of the Northern Mariana Islands

23                        By _____
24 DATED: 4/11/6
                          JAMIE D. BOWERS
25                        Assistant U.S. Attorney

## ORDER

Based upon the Stipulation of counsel, the sentencing in this matter is hereby continued to Friday, June 2nd, 2006 at 10:00 a.m.

**SO ORDERED**, this 13TH day of April, 2006.

*/s/ Alex R. Munson*
**ALEX R. MUNSON**
Chief Judge, United States District Court

RECEIVED
APR 1 2 2006
Clerk
District Court
The Northern Mariana Islands

-2-