FILED
Clerk
District Court

MAY 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO N. BASA,<br><br>Defendant. | Criminal Action No. 05-00028<br><br><br>Notice Rescheduling Sentencing |

Jamie D. Bowers
Assistant USAG
P.O. Box 500377
Saipan, MP 96950

F. Matthew. Smith
Attorney at Law
P.O. Box 501127
Saipan, MP 96950

NOTICE IS HEREBY GIVEN that the Sentencing for Francisco N. Basa scheduled for Friday, June 2, 2006, at 10:00 a.m., is rescheduled to 4:30 p.m., on the same date.

DATED this 24th day of May, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)