FILED
Clerk
District Court

MAY 30 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO N. BASA,<br><br>Defendant. | Criminal Action No. 05-00028<br><br><u>Order Rescheduling Sentencing</u> |

Jamie D. Bowers
Assistant USAG
P.O. Box 500377
Saipan, MP 96950

F. Matthew. Smith
Attorney at Law
P.O. Box 501127
Saipan, MP 96950

IT IS ORDERED that the Sentencing for Francisco N. Basa scheduled for Friday, June 2, 2006, at 4:30 p.m. is rescheduled to 9:00 a.m. on the same date.

DATED this 30th day of May, 2006

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)