F I L E D
Clerk
District Court

JUN - 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
United States Attorney
2  JAMIE D. BOWERS
Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
MARIANA ISLANDS
4  Horiguchi Building, Third Floor
P. O. Box 500377
5  Saipan, MP 96950-0377
Telephone:   (670) 236-2986
6  Fax:         (670) 236-2985

7  Attorneys for United States of America

8
UNITED STATES DISTRICT COURT
9
NORTHERN MARIANA ISLANDS
10

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00028-001 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S MOTION FOR SUBSTANTIAL ASSISTANCE DEPARTURE UNDER USSG §5K1.1 AND 18 U.S.C. §3553(e)** |
| FRANK N. BAZA, | ) | |
| Defendant. | ) | |

Pursuant to Section 5K1.1 of the United States Sentencing Guidelines, and Title 18, United States Code, Section 3553(e), the plaintiff, United States of America, hereby moves the Court to depart from the Sentencing Guidelines and the statutory mandatory minimum sentence, based on defendant's substantial assistance to the government.

The government recommends a 50% departure from guideline-level 29 (range 108-135 months), to **a sentence of 54 months**.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JAMIE D. BOWERS
Assistant United States Attorney