**ORIGINAL**

~~* Sealed Case *~~

```
LEONARDO M. RAPADAS
United States Attorney
JAMIE D. BOWERS
Assistant United States Attorney
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
TEL: (670) 236-2986
```

Attorneys for the United States of America

F I L E D
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

COPY of
Original Filed
on this date

Clerk
District Court
For The Northern Mariana Islands

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANCISCO NAKATSUKASA BASA,<br>　a/k/a FRANK N. BAZA,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00028<br><br>**WRIT OF HABEAS CORPUS**<br>**AD PROSEQUENDUM**<br><br>USMS # 00323-005 |

TO:   Department of Public Safety
      Corrections Facility

　　　This Court finds that FRANCISCO NAKATSUKASA BASA, a/k/a FRANK N. BAZA, is now in the custody of the Department of Public Safety Corrections Facility, and that said prisoner is required to appear before this Court for arraignment and subsequent Prosecution in the above captioned case

　　　**IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his authorized agent, or any Federal law enforcement agent shall produce FRANCISCO NAKATSUKASA BASA a/k/a FRANK N. BAZA before this Court on October 24, 2005, at 8:30 a.m., and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the

Court, return said prisoner to his place of confinement.

**SO ORDERED** this 21st day of October, 2005

_____
ALEX R. MUNSON
Chief Judge
District Court of Northern Mariana Islands

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JAMIE D. BOWERS
Assistant U.S. Attorney

**MARSHALS RETURN**
I HAVE PARTIALLY / EXECUTED THIS Writ Ad Pros BY TAKING CUSTODY OF THE WITHIN NAMED Prisoner Basa AT Horiguchi Fed ct ON 10/24/05 AND DELIVERING HIM / HER TO THE CNMI DOC FOR FURTHER TRANSFER TO Doc Susupe

**MARSHALS RETURN**
I HAVE PARTIALLY / EXECUTED THIS Writ Ad Pros BY TAKING CUSTODY OF THE WITHIN NAMED Prisoner Basa AT Horiguchi Fed ct ON 10/25/05 AND DELIVERING HIM / HER TO THE CNMI DOC FOR FURTHER TRANSFER TO Doc Susupe

**MARSHALS RETURN**
I HAVE PARTIALLY / EXECUTED THIS Writ Ad Pros BY TAKING CUSTODY OF THE WITHIN NAMED Prisoner Basa AT Horiguchi Fed ct ON 10/26/05 AND DELIVERING HIM / HER TO THE CNMI DOC FOR FURTHER TRANSFER TO Doc Susupe

**MARSHALS RETURN**
I HAVE PARTIALLY / EXECUTED THIS Writ Ad Pros BY TAKING CUSTODY OF THE WITHIN NAMED Prisoner Basa AT Horiguchi Fed ct ON 11/16/05 AND DELIVERING HIM / HER TO THE CNMI DOC FOR FURTHER TRANSFER TO Doc Susupe

**MARSHALS RETURN**
Writ Ad Pros
Prisoner Basa
Horiguchi Fed ct 12/02/05
CNMI DOC
DOC Susupe

**MARSHALS RETURN**
Writ Ad Pros
Frank Basa
Horiguchi Fed ct 06/02/06
CNMI DOC
DOC Susupe